United States Court of Appeals
 for the district of columbia circuit
 
 
 
 No. 00-5016 September Term, 2001
 Filed On: September 25, 2001 [626699]
 
 
 
 
 
 
 The Honorable John H. McBryde, United States District Judge for the Northern
 District of Texas,
 Appellant
 
 v.
 
 Committee to Review Circuit Council Conduct and Disability Orders of the
 Judicial Conference of the United States, et al.,
 Appellees
 
 
 
 Appeal from the United States District Court
 for the District of Columbia
 (No. 98cv02457)
 
 
 
 
 Before: Williams and Tatel, Circuit Judges, and Silberman, Senior
 Circuit Judge.
 
 
 O R D E R
 
 It is hereby ORDERED that the following paragraph be added to page 21
 of the separate opinion concurring in part and dissenting in part filed on
 September 21, 2001, immediately prior to the paragraph beginning "With these
 principles in mind, . . .":
 
 I recognize that under a heightened standard, some abusive
 judicial conduct may be unsanctionable. Confining the disciplinary
 process to clear abuses of judicial power, however, would not eliminate all
 means of dealing with less abusive conduct. Judges address such conduct
 informally and collegially, and the President and Senate try to ensure that
 judicial nominees possess the appropriate temperment to serve as life-
 tenured federal judges. Although such efforts may be imperfect, it seems
 far wiser to tolerate some inappropriate judicial conduct than to risk
 chilling appropriate judicial conduct throughout the federal judiciary.
 
 
 
 
 FOR THE COURT:
 Mark J. Langer, Clerk
 
 BY:
 Michael C. McGrail
 Deputy Clerk